### DONOVAN v. DONOVAN.

(Supreme Court, Appellate Division, First Department. November 8, 1912.)

DIVORCE (§ 269*)—ALIMONY—DECREE—ENFORCEMENT—CONTEMPT—DEMAND.

    A demand is necessary to lay a foundation for proceedings to punish a defendant for contempt in failing to pay a decree rendered against him directing the payment of alimony.

    [Ed. Note.—For other cases, see Divorce, Cent. Dig. §§ 756–763; Dec. Dig. § 269.*]

Appeal from Special Term, New York County.

Action by Bridget Donovan against Edward F. Donovan. From an order adjudging defendant in contempt for failing to pay a decree directing the payment of alimony, he appeals. Modified and affirmed.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, MILLER, and DOWLING, JJ.

Jacob Landy, of New York City, for appellant.

Milton M. Goldsmith, of New York City, for respondent.

PER CURIAM. The only evidence as to the demand of any specific sum is the statement of the plaintiff that on May 15, 1912, she personally demanded payment of the sum of $330 then due. As a demand is necessary to lay a foundation for a proceeding to punish for contempt, the order appealed from must be modified, by inserting the sum of $330, in place of $616, wherever the latter appears, and, as modified, is affirmed, with $10 costs and disbursements to the respondent.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, MILLER, and DOWLING, JJ.

